**S|S|J|H** Sherman Sherman Johnnie & Hoyt, LLP
*Attorneys at Law*

www.shermlaw.com

February 21, 2020

**Via Certified Mail, RRR#7018 0680 0001 9358 9946**
**and via First Class Mail**
Third Wave Farms LLC
Mike Lewis, Registered Agent
28 Browning Cemetery Rd
Mount Vernon KY  40456

**Via Certified Mail, RRR#7018 0680 0001 9358 9939**
**and via First Class Mail**
Mike Lewis
28 Browning Cemetery Rd
Mount Vernon KY  40456

**Via Certified Mail, RRR#7018 0680 0001 9358 9922**
**and via First Class Mail**
Trent Paasch
902 SW Troy Street
Portland, OR  97219

**Via Certified Mail, RRR#7018 0680 0001 9358 9915**
**and via First Class Mail**
David Eben
12 Sunset Ct
Stamford, CT  06903

      RE:    Pure Valley Solutions, LLC/Third Wave Farms, LLC

Dear Mr. Lewis, Mr. Paasch and Mr. Eben:

      Please be advised that this firm represents Pure Valley Solutions, LLC ("Pure Valley"). As you are aware, Pure Valley entered into a written agreement ("Agreement") with Third Wave Farms, LLC ("Third Wave") dated May 20, 2019. Please accept this letter as Pure Valley's demand that Third Wave pay the minimum price noted in the Agreement, which is $9,000,000.00 together with interest thereon at the rate of 9% per annum from the date of this letter until paid, minus any deposit received by Pure Valley. Additionally, this letter is Pure Valley's demand that Third Wave pay the storage fees in the amount of $9,450.00 per day from November 13, 2019 until the Product is shipped as provided in the Agreement. Unless the full amount owing under the Agreement is paid within 30 days from the date of this letter, Pure Valley is prepared to file the attached Complaint in federal court, seeking the full amount owing from Third Wave, and, to the extent the amount is not collectable from Third Wave, then seeking the balance from each of you individually.

P.O. Box 2247
Salem, Oregon 97308

693 Chemeketa Street NE
Salem, Oregon 97301
Ph. 503-364-2281
Fx. 503-370-4308

Third Wave Farms, LLC            2            February 21, 2020
Mike Lewis
Trent Paasch
David Eben

---

      To be clear, each of you is a member in Third Wave according to the Commonwealth of Kentucky, Secretary of State. Each of you has control over Third Wave and each of you has been responsible for negotiating the Agreement and making representations on behalf of Third Wave when Third Wave failed to comply with the terms of the Agreement. In hindsight, and despite representations made by you, it is apparent that Third Wave was undercapitalized and never had the ability to perform the Agreement; and that each of you have negotiated with Pure Valley in bad faith, causing damage to Pure Valley. You allowed Pure Valley to make capital expenditures in reliance upon the Agreement. When Third Wave then defaulted on the Agreement, you assured Pure Valley that Third Wave had relationships with third parties that would result in selling the product produced by Pure Valley under the Agreement. Those representations were not true and were made in bad faith. Oregon Courts find members of a limited liability company personally liable when there is clear evidence that the entity was not capitalized such that it could pay liabilities it incurred; or when those who control the company have used the entity to perpetuate a fraud on another. It is clear that each of you participated in fraud perpetrated by Third Wave on Pure Valley, both in negotiations prior to executing the Agreement and negotiations following Third Wave's failure to perform the Agreement. As a result, if this matter does not get resolved to Pure Valley's satisfaction, Pure Valley intends to seek to hold each of you personally liable for the amounts that Third Wave cannot or does not pay.

      Please accept this letter as Pure Valley's notice to Third Wave and each of you personally, that unless Third Wave fully performs under the terms of the Agreement, within thirty (30) days from the date of this letter, the Agreement is terminated and Pure Valley intends to file the attached Complaint in federal court. Alternatively, Pure Valley will entertain the possibility of mediating the dispute if each of you agree to participate, in good faith, in mediation in Oregon within thirty days from the date of this letter. That mediation must be scheduled for a time acceptable to Pure Valley within a reasonable period of time, or it will file the Complaint.

      We urge you to resolve this matter immediately.

                    Yours truly,

            SHERMAN, SHERMAN, JOHNNIE & HOYT, LLP

                  Gina Anne Johnnie
                  gina@shermlaw.com

GAJ:bf:dd2
Encl. as stated
cc: Pure Valley Solutions, LLC